IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JENNY HEALY,                                  3:13-cv-01435-HU

          Plaintiff,                     ORDER

v.

CAROLYN W. COLVIN,
Commissioner, Social Security
Administration,

          Defendant.

BROWN, Judge.

    Magistrate Judge Dennis J. Hubel issued Findings and Recommendation (#15) on December 11, 2014, in which he recommends this Court reverse the final decision of the Commissioner of Social Security and remand to the Commissioner for further administrative proceedings.  The matter is now before this Court

1 - ORDER

pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  See *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  See also *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#15) and, accordingly, **REVERSES** the ALJ's decision and **REMANDS** this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

IT IS SO ORDERED.

DATED this 22nd day of January, 2015.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER