James S. Coon
OSB# 771450
SWANSON, THOMAS, COON & NEWTON
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone: (503) 228-5222
Fax: (503) 273-9175
E-mail: jcoon@stc-law.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| JENNY HEALY,<br><br>            Plaintiff,<br><br>v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>            Defendant. | Case No.:   3:13-cv-01435-HU<br><br>ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. § 2412 |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $2223.31 will be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. If Plaintiff does not owe a debt eligible for recovery under the U.S. Treasury Department's Offset Program, Defendant shall make the check payable to James S. Coon. Regardless of the existence of any debt, Defendant shall mail payment to Plaintiff's attorney, James S. Coon, at Mr. Coon's address: 820 SW 2nd Ave Ste 200, Portland OR 97204. There are no costs or expenses.

Dated this 12 day of Feb, 2015.

_____
United States District Judge

Presented by:
James S. Coon
Swanson, Thomas, Coon & Newton
Of Attorneys for Plaintiff