James S. Coon, OSB# 771450
jcoon@stc-law.com
SWANSON, THOMAS, COON & NEWTON
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Ph. 503-228-5222   Fax 503-273-9175
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JENNY HEALY, | CV# 3:13-cv-01435-BR |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION FOR 406(B) FEES |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

It is hereby ORDERED that attorneys' fees in the amount of $11,375 are awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. Plaintiff has been awarded attorney fees in the amount of $2,223.31 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the 406(b) check for payment to Plaintiff's attorney, the agency is directed to subtract the amount paid under the EAJA and send Plaintiff's attorneys the balance, minus any applicable processing fees as allowed by statute.

DATED this 12th day of September, 2016.

_____
United States District Judge

Presented by:
James S. Coon
Swanson, Thomas, Coon & Newton
Of Attorneys for Plaintiff

PAGE 1 – UNOPPOSED MOTION FOR ATTORNEY FEES – (CV# 3:13-cv-01435-HU)
SWANSON, THOMAS, COON & NEWTON
820 SW Second Ave., Suite 200
Portland OR  97204
(503) 228-5222